# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUTTE RESCUE MISSION, a Domestic Non-Profit Corporation, ROXELLA LYONS, an individual, and DOES 1 through 100<br><br>　　　　Defendants. | CV-21-54-BU-BMM-JTJ<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

　　　　Pursuant to the Stipulation for Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and for good cause,

　　　　**IT IS ORDERED** that this case is dismissed without prejudice, each party to bear its own costs.

　　　　Dated this 8th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian Morris, Chief District Judge
　　　　　　　　　　　　　　　　　　　　United States District Court